UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

UNITED STATES OF AMERICA

- v. -

CARLOS PEREZ,

Defendant.

---------------------------------- x

CONSENT PRELIMINARY ORDER OF FORFEITURE/ MONEY JUDGMENT

22 Cr. 74 (LGS)

WHEREAS, on or about February 4, 2022, CARLOS PEREZ (the "Defendant"), was charged in an Information, 22 Cr. 74 (LGS) (the "Information"), with conspiracy to commit wire fraud and health care fraud, in violation of Title 18, United States Code, Section 371 (Count One); health care fraud, in violation of Title 18, United States Code, Sections 1347 and 2 (Count Two); theft of government funds, in violation of Title 18, United States Code, Sections 641 and 2(Count Three); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A and 2 (Count Four and Five);

WHEREAS, the Information included a forfeiture allegation as to Counts One through Three of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(7), and Title 28 United States Code, Section 2461(c), a sum of money in United States currency, representing proceeds traceable to the commission of the offenses charged in Counts One through Three of the Information;

WHEREAS, on or about February 4, 2022, the Defendant pled guilty to Counts One through Five of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One through Three of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(7), and Title 28 United States Code, Section 2461(c), a sum of

money in United States currency, representing proceeds traceable to the commission of said offenses charged in Counts One through Three of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $1,562,925.65 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One through Three of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One through Three of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Brandon C. Thompson, of counsel, and the Defendant and his counsel, James Montgomery, Esq., that:

1. As a result of the offenses charged in Counts One through Three of the Information, to which the Defendant pled guilty, a money judgment in the amount of $1,562,925.65 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One through Three of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant CARLOS PEREZ, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: Brandon C. Thompson
BRANDON C. THOMPSON
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2444

June 29, 2026
DATE

CARLOS PEREZ

By: [signature]
CARLOS PEREZ

6/29/26
DATE

By: [signature]
JAMES MONTGOMERY, ESQ.
Attorney for Defendant
1350 Broadway Suite 2120
New York, NY 10018

6/29/26
DATE

SO ORDERED:

[signature]
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

06/29/2026
DATE